FILED'08 SEP 26 13:04USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RHONDA L. ROSE,

                Plaintiff,

    v.                                              Civil No. 06-6286-TC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

## JUDGMENT

The Commissioner's decision should be reversed and remanded for further proceedings consistent with this court's opinion pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: September 25, 2008.

_____
United States District Judge

**JUDGMENT**                                **DOCUMENT NO:** _____