FILED'08 NOV 19 14:41 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RHONDA L. ROSE,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

    Defendant.

CV # 06-6286-TC

PROPOSED ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7172.15, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 19th day of November, 2008.

                              HON. THOMAS M. COFFIN
                              UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/_____
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Attorney for Plaintiff